Derek Devermont
Attorney at Law: 258563
429 Santa Monica Blvd., Ste 210
Santa Monica, CA 90401
Tel: (310) 393-0308
Fax: (310) 260-9986

**JS-6**

Attorneys for Plaintiff WILLIAM WALSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALSTON,Plaintiff,v.Michael J. Astrue, Commissioner of Social Security,Defendant. | Case No.: CV 10-04246 (RNB)ORDER DISMISSING ACTION WITH PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On stipulation of the parties, the above captioned matter is dismissed with prejudice.

IT IS SO ORDERED.

DATE: January 20, 2011

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF DEVERMONT AND DEVERMONT
3 | /s/ Derek Devermont
4 | BY: _____
5 | Derek Devermont
   | Attorney for plaintiff William Walston

-2-